UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON,

AT SEATTLE

| | |
|---|---|
| RAE HANSEN,<br><br>           Plaintiff,<br><br>      vs.<br><br>STANTEC CONSULTING SERVICES INC.,<br><br>           Defendant. | Case No.  2:21-cv-01069<br><br>**NOTICE OF APPEARANCE FOR KATHRYN P. FLETCHER** |

TO:           THE CLERK OF COURT

AND TO:    ALL COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that Kathryn P. Fletcher of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters this appearance as counsel of record on behalf of Defendant Stantec Consulting Services Inc. ("Stantec") in the above-entitled matter, joining Laurence A. Shapero as counsel for Defendant Stantec and requests that all further pleadings and papers therein, exclusive of original process, be served upon said attorneys as follows:

NOTICE OF APPEARANCE FOR
KATHRYN P. FLETCHER - 1
(No. 2:21-cv-01069)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1  Laurence A. Shapero, WSBA No. 31301
2  Kathryn P. Fletcher, WSBA No. 22108
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C
3  1201 Third Avenue, Suite 5150
   Seattle, WA 98101
4  Phone: 206-693-7057
   Fax: 206-693-7058
5  Email: laurence.shapero@ogletree.com
            kathryn.fletcher@ogletree.com
6

7  DATED this 13th day of August, 2021.

8                          OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C

9

10                         By  *s/ Kathryn P. Fletcher*
                               Kathryn P. Fletcher, WSBA No. 22108
11                             1201 Third Avenue, Suite 5150
                               Seattle, WA 98101
12                             Phone: 206-693-7057
                               Fax: 206-693-7058
13                             Email:  kathryn.fletcher@ogletree.com

14                         *Attorneys For Defendant Stantec Consulting Services Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE FOR  
KATHRYN P. FLETCHER - 2  
(No. 2:21-cv-01069)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.  
1201 Third Avenue, Suite 5150 | Seattle, WA 98101  
Phone:  206-693-7057 | Fax: 206-693-7058

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

/s/ *Denise A. Campbell*
Denise A. Campbell, Practice Assistant

48169329.1

NOTICE OF APPEARANCE FOR
KATHRYN P. FLETCHER - 3
(No. 2:21-cv-01069)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058