# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RAE HANSEN,<br><br>     Plaintiff,<br> v.<br><br>STANTEC CONSULTING SERVICES INC.,<br><br>     Defendant. | Case No. 2:21-1069-JCC-TLF<br><br>ORDER SETTING PRETRIAL SCHEDULE |

Pursuant to Fed. R. Civ. P. 16(b), Local Civil Rule LCR 16(b), and the parties' Joint Status Report (Dkt. 17), the Court schedules this case for a ten-day jury trial on September 26, 2022 at 9:30 a.m. before the Honorable John C. Coughenour, Courtroom 16206 with the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline to Join Additional Parties | November 26, 2021 |
| Deadline to Amend Pleadings | November 26, 2021 |
| Disclosure of Plaintiff's Expert Witnesses' Reports | February 25, 2022 |
| Disclosure of Defendant's Expert Witnesses' Reports | March 25, 2022 |
| Disclosure of Rebuttal Expert Witnesses' Reports | April 22, 2022 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting date:<br><br>May 20, 2022 |

| Discovery completed by | May 27, 2022 |
|---|---|
| Last Date to File and Serve Dispositive Motions | June 24, 2022 |
| Meet and Confer to Schedule a Settlement Conference On or Before | August 3, 2022 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing.  Motions in limine raised in trial briefs will not be considered. | August 5, 2022 |
| Agreed LCR 16.1 Pretrial Order due | August 26, 2022 |
| Trial briefs, proposed voir dire, jury instructions and exhibits due | September 16, 2022 |
| JURY Trial to be held over 10 days, at 9:30 AM (16th Floor Courtroom 16206) | September 26, 2022 |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Judge Coughenour's In-Court Deputy Clerk of Court, Gabriel Traber, at Gabriel_Traber@wawd.uscourts.gov, within 10 days of the date of this order and set forth the nature of the conflict. A failure to do so will be deemed a waiver.

<u>Dispositive Motions</u>

Any dispositive motion shall be filed and served on or before **June 24, 2022**. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be

ORDER SETTING PRETRIAL SCHEDULE - 2

submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no earlier than the fourth Friday following filing and service of the motion. LCR 7(d)(3).

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

<u>Privacy Policy</u>

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth: redact to the year of birth
- Names of Minor Children: redact to the initials
- Social Security Numbers and Taxpayer Identification Number: redact in their entirety
- Financial Accounting Information: redact to the last four digits
- Passport Numbers and Driver License Numbers: redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

Cooperation and Settlement

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

A settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

Should this case settle, counsel shall notify Judicial Law Clerk Miguel Mendez-Pintado at Miguel_Mendez-Pintado@wawd.uscourts.gov or (253) 882-3894 as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Proof of Service and Sanctions

All motions, pretrial statements and other filings shall be accompanied by proof that such documents have been served upon counsel for the opposing party or upon any party acting *pro se*. The proof of service shall show the day and manner of service and may be by written acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of the person who served the papers, or by any other proof satisfactory to the Court. Failure to comply with the provisions of the Order can result in dismissal/default judgment or other appropriate sanctions.

The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 20th day of October, 2021.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 5