THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE THERESA J. FRICKE

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON,

AT SEATTLE

| | |
|---|---|
| RAE HANSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>STANTEC CONSULTING SERVICES INC.,<br><br>    Defendant. | Case No.  2:21-cv-01069<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Rae Hansen and Defendant Stantec Consulting Services Inc., by and through their respective undersigned counsel, hereby stipulate, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of this lawsuit with prejudice without an award of costs or expenses to any party.

DATED this 27th day of January, 2022.

/ / /

/ / /

/ / /

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER - 1
No. 2:21-cv-01069

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

| | |
|---|---|
| By: */s/ Ed Hones*<br>Ed Hones, WSBA No. 58275<br>Hones Law Employment Lawyers PLLC<br>1201 2nd Avenue, Suite 900<br>Seattle, WA 98101<br>Phone: 206-899-5061<br>ed@honeslaw.com<br><br>*Attorneys for Plaintiff* | By: */s/ Laurence A. Shapero*<br>    */s/ Kathryn P. Fletcher*<br>Laurence A. Shapero, WSBA No. 31301<br>Kathryn P. Fletcher, WSBA No. 22108<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C<br>1201 Third Avenue, Suite 5150<br>Seattle, WA 98101<br>Telephone: 206-693-7057<br>Facsimile: 206-693-7058<br>laurence.shapero@ogletree.com<br>kathy.fletcher@ogletree.com<br><br>*Attorneys for Defendant* |

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER - 2
No. 2:21-cv-01069

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

**[PROPOSED] ORDER**

THIS MATTER having come before the undersigned magistrate of the above-entitled court based upon the foregoing stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice and without award of costs or attorneys' fees to any party.

DATED this _____ day of January, 2022.

_____
THE HONORABLE THERESA J. FRICKE
United States District Court Magistrate

50047671.1

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER - 3
No. 2:21-cv-01069

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058